SEYFARTH SHAW LLP
Lawrence E. Butler (SBN 111043)
E-mail: lbutler@seyfarth.com
Krista L. Mitzel (SBN 221002)
E-mail: kmitzel@seyfarth.com
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Defendant
SURETEC

ERICKSON, ARBUTHNOT, KILDUFF,
DAY & LINDSTROM, INC.
Steve W. Dollar (SBN 104365)
E-mail: sdollar@eakdl.com
Von Ryan Reyes (SBN 205186)
E-mail: vreyes@eakdl.com
152 No. Third Street, Suite 700
San Jose, California 95112
Telephone: (408) 286-0880
Facsimile: (408) 286-0337

Attorneys for Plaintiffs
U.S. TOURS & REMITTANCE, INC.,
U.S. TOURS, INC. and DONG HUYNH



IT IS SO ORDERED
Judge James Ware

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

U.S. TOURS & REMITTANCE, INC., U.S. TOURS, INC., DONG HUYNH,

Plaintiffs,

v.

BILL RUSSELL INSURANCE AGENCY, GREG LEWIS, SURETEC, UNIVERSAL SURETY OF AMERICA, DOES 1-50,

Defendants.

Case No. C 06-03285 JW HRL

STIPULATION TO EXTEND TIME TO FILE RESPONSIVE PLEADING AND [PROPOSED] ORDER

[LOCAL RULE 6-1(A)]

///
///
///

1
JOINT STIP. TO CONTINUE TIME TO FILE RESP. PLEADING / C 06-03285 JW HRL

1  Pursuant to Local Rule 6-1(a), Plaintiffs U.S. TOURS & REMITTANCE, INC., U.S.
2  TOURS, INC. and DONG HUYNH ("Plaintiffs") and Defendant SURETEC hereby stipulate to
3  extend the time in which Surtec may file their responsive pleading to June 16, 2006.

4  DATED: May 22, 2006                     SEYFARTH SHAW LLP

6                                          By_____
                                               Lawrence E. Butler
7                                              Krista L. Mitzel

8                                          Attorneys for Defendant
                                           SURETEC

10 DATED: May 22, 2006                     ERICKSON, ARBUTHNOT, KILDUFF,
                                           DAY & LINDSTROM, INC.

12                                         By_____
                                               Steve W. Dollar
13                                             Von Ryan Reyes

14                                         Attorneys for Plaintiffs
                                           U.S. TOURS & REMITTANCE, INC., U.S.
15                                         TOURS, INC. and DONG HUYNH

16                                **ORDER**

17  Pursuant to the stipulation of the parties, Surtec's responsive pleading will be due no later
18  than June 16, 2006.

19  DATED: May ___, 2006                   _____
                                           Honorable James Ware
20                                         United States District Court Judge

2
JOINT STIP. TO CONTINUE TIME TO FILE RESP. PLEADING / C 06-03285 JW HRL
SF1 28238535.1

1  Pursuant to Local Rule 6-1(a), Plaintiffs U.S. TOURS & REMITTANCE, INC., U.S.
2  TOURS, INC. and DONG HUYNH ("Plaintiffs") and Defendant SURETEC hereby stipulate to
3  extend the time in which Surtec may file their responsive pleading to June 16, 2006.

4  DATED: May 22, 2006                    SEYFARTH SHAW LLP

6                                          By _____
                                               Lawrence E. Butler
7                                              Krista L. Mitzel

8                                          Attorneys for Defendant
                                           SURETEC

10 DATED: May 22, 2006                    ERICKSON, ARBUTHNOT, KILDUFF,
                                           DAY & LINDSTROM, INC.

12                                         By _____
                                               Steve W. Dollar
13                                             Von Ryan Reyes

14                                         Attorneys for Plaintiffs
                                           U.S. TOURS & REMITTANCE, INC., U.S.
15                                         TOURS, INC. and DONG HUYNH

16                                **ORDER**

17     Pursuant to the stipulation of the parties, Surtec's responsive pleading will be due no later
18 than June 16, 2006.

19 DATED: May 30, 2006                     _____
                                           Honorable James Ware
20                                         United States District Court Judge