```
 1 | SEYFARTH SHAW LLP
   | Lawrence E. Butler (SBN 111043)
 2 | E-mail: lbutler@seyfarth.com
   | Krista L. Mitzel (SBN 221002)
 3 | E-mail: kmitzel@seyfarth.com
   | 560 Mission Street, Suite 3100
 4 | San Francisco, California 94105
   | Telephone: (415) 397-2823
 5 | Facsimile: (415) 397-8549
 6 | Attorneys for Defendant
   | SURETEC
 7 |
 8 | ERICKSON, ARBUTHNOT, KILDUFF,
   | DAY & LINDSTROM, INC.
 9 | Steve W. Dollar (SBN 104365)
   | E-mail: sdollar@eakdl.com
10 | Von Ryan Reyes (SBN 205186)
   | E-mail: vreyes@eakdl.com
11 | 152 No. Third Street, Suite 700
   | San Jose, California 95112
12 | Telephone: (408) 286-0880
   | Facsimile: (408) 286-0337
13 |
   | Attorneys for Plaintiffs
14 | U.S. TOURS & REMITTANCE, INC.,
   | U.S. TOURS, INC. and DONG HUYNH
15 |
```

**IT IS SO ORDERED**
/s/ James Ware
Judge James Ware

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. TOURS & REMITTANCE, INC., U.S. TOURS, INC., DONG HUYNH,<br><br>Plaintiffs,<br><br>v.<br><br>BILL RUSSELL INSURANCE AGENCY, GREG LEWIS, SURETEC, UNIVERSAL SURETY OF AMERICA, DOES 1-50,<br><br>Defendants. | Case No. C 06-03285 JW HRL<br><br>STIPULATION TO EXTEND TIME TO FILE RESPONSIVE PLEADING AND [~~PROPOSED~~] ORDER<br><br>[LOCAL RULE 6-1(A)] |

26  ///

27  ///

28  ///

1

JOINT STIP. TO CONTINUE TIME TO FILE RESP. PLEADING / C 06-03285 JW HRL

1 | Pursuant to Local Rule 6-1(a), Plaintiffs U.S. TOURS & REMITTANCE, INC., U.S. TOURS, INC. and DONG HUYNH ("Plaintiffs") and Defendant SURETEC hereby stipulate to extend the time in which Surtec may file their responsive pleading to June 16, 2006.

DATED: May 22, 2006

SEYFARTH SHAW LLP

By_____
Lawrence E. Butler
Krista L. Mitzel

Attorneys for Defendant
SURETEC

DATED: May 22, 2006

ERICKSON, ARBUTHNOT, KILDUFF, DAY & LINDSTROM, INC.

By_____
Steve W. Dollar
Von Ryan Reyes

Attorneys for Plaintiffs
U.S. TOURS & REMITTANCE, INC., U.S. TOURS, INC. and DONG HUYNH

### ORDER

Pursuant to the stipulation of the parties, Surtec's responsive pleading will be due no later than June 16, 2006.

DATED: May ___, 2006

_____
Honorable James Ware
United States District Court Judge

2
JOINT STIP. TO CONTINUE TIME TO FILE RESP. PLEADING / C 06-03285 JW HRL
SF1 28238535.1

1  Pursuant to Local Rule 6-1(a), Plaintiffs U.S. TOURS & REMITTANCE, INC., U.S. TOURS, INC. and DONG HUYNH ("Plaintiffs") and Defendant SURETEC hereby stipulate to extend the time in which Surtec may file their responsive pleading to June 16, 2006.

DATED: May 22, 2006                    SEYFARTH SHAW LLP

By _____
     Lawrence E. Butler
     Krista L. Mitzel

Attorneys for Defendant
SURETEC

DATED: May 22, 2006                    ERICKSON, ARBUTHNOT, KILDUFF, DAY & LINDSTROM, INC.

By _____
     Steve W. Dollar
     Von Ryan Reyes

Attorneys for Plaintiffs
U.S. TOURS & REMITTANCE, INC., U.S. TOURS, INC. and DONG HUYNH

## ORDER

Pursuant to the stipulation of the parties, Surtec's responsive pleading will be due no later than June 16, 2006.

DATED: May 30, 2006

_____
Honorable James Ware
United States District Court Judge

2
JOINT STIP. TO CONTINUE TIME TO FILE RESP. PLEADING / C 06-03285 JW HRL
SF1 28238535.1