**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| U.S. Tour & Remittance Inc., et al., | NO. C 06-03285 JW |
| Plaintiffs, v. | **ORDER CONTINUING DEFENDANT SURETEC'S MOTION TO DISMISS** |
| Bill Russell Insurance Agency, et al., | |
| Defendants. | |

Please take note that due to the Court's own unavailability, the hearing on Defendant's Suretec's Motion to Dismiss presently scheduled for July 24, 2006 is continued to **September 25, 2006 at 9 a.m.**

Dated:  July 7, 2006

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Donald G. Featherstun dfeatherstun@sf.seyfarth.com
Jason C. Love jcl@amclaw.com
Krista L. Mitzel kmitzel@seyfarth.com
Mark E. Aronson mea@amclaw.com
Ronald D. Echeguren recheguren@cernlaw.com
Steve W. Dollar nritz@eakdl.com

**Dated: July 7, 2006**                                         **Richard W. Wieking, Clerk**

                                                                                    **By:  /s/ JW Chambers**
                                                                                               **Melissa Peralta**
                                                                                               **Courtroom Deputy**

**United States District Court**
For the Northern District of California