United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| U.S. Tour & Remittance Inc., et al,. | NO. C 06-03285 JW |
| Plaintiffs, v. | **ORDER VACATING HEARING ON MOTIONS** |
| Bill Russell Insurance Agency, et al., | |
| Defendants. | |

The Court deems Defendant's Suretec's Motion to Dismiss and Transfer Venue and Defendant Universal Surety of America's Motion to Dismiss Seventh Cause of Action and Transfer Venue appropriate for submission on the papers without oral arguments. See Civ. L.R. 7-1(b). Accordingly, the hearing on September 25, 2006 is vacated.

Dated: September 20, 2006

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Donald G. Featherstun dfeatherstun@sf.seyfarth.com
Jason C. Love jcl@amclaw.com
Krista L. Mitzel kmitzel@seyfarth.com
Mark E. Aronson mea@amclaw.com
P. Christian Scheley cscheley@clappmoroney.com
Ronald D. Echeguren recheguren@cernlaw.com
Steve W. Dollar nritz@eakdl.com

Dated:   September 20, 2006                         Richard W. Wieking, Clerk

                                                    By:  /s/ JW Chambers
                                                         Elizabeth Garcia
                                                         **Courtroom Deputy**

**United States District Court**
For the Northern District of California