**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7                    IN THE UNITED STATES DISTRICT COURT
8                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
9                              SAN JOSE DIVISION

10  U.S. Tour & Remittance Inc., et al.,         NO. C 06-03285 JW

11           Plaintiffs,                         **ORDER CONTINUING CASE**
       v.                                        **MANAGEMENT CONFERENCE**
12
    Bill Russell Insurance Agency, et al.,
13
             Defendants.
14                                          /

15      On its own motion, the Court continues the case management conference currently scheduled

16 for October 16, 2006 to **November 6, 2006 at 10:00 a.m.**  The parties do not need to file an updated

17 joint case management statement in advance of this new conference date.

18

19 Dated:  October 10, 2006

                                                  JAMES WARE
20                                                United States District Judge

21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

1 **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2 Donald G. Featherstun dfeatherstun@sf.seyfarth.com
Jason C. Love jcl@amclaw.com
3 Krista L. Mitzel kmitzel@seyfarth.com
Mark E. Aronson mea@amclaw.com
4 P. Christian Scheley cscheley@clappmoroney.com
Ronald D. Echeguren recheguren@cernlaw.com
5 Steve W. Dollar nritz@eakdl.com

7 **Dated: October 10, 2006**                              **Richard W. Wieking, Clerk**

                                                          **By:  /s/ JW Chambers**
                                                              **Elizabeth Garcia**
                                                              **Courtroom Deputy**