**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| U.S. Tour & Remittance Inc., et al., | NO. C 06-03285 JW |
|     Plaintiffs, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
|   v. | |
| Bill Russell Insurance Agency, et al., | |
|     Defendants. | |

On its own motion, the Court continues the case management conference currently scheduled for November 6, 2006 to **November 27, 2006 at 10:00 a.m.** The parties do not need to file an updated joint case management statement in advance of this new conference date.

Dated: November 1, 2006

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Donald G. Featherstun dfeatherstun@sf.seyfarth.com
Jason C. Love jcl@amclaw.com
Krista L. Mitzel kmitzel@seyfarth.com
Mark E. Aronson mea@amclaw.com
P. Christian Scheley cscheley@clappmoroney.com
Ronald D. Echeguren recheguren@cernlaw.com
Steve W. Dollar nritz@eakdl.com

**Dated:  November 1, 2006**          **Richard W. Wieking, Clerk**

　　　　　　　　　　　　　　　　　　　　　　**By:  /s/ JW Chambers**
　　　　　　　　　　　　　　　　　　　　　　　　　**Elizabeth Garcia**
　　　　　　　　　　　　　　　　　　　　　　　　　**Courtroom Deputy**

**United States District Court**
For the Northern District of California