IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| U.S. Tour & Remittance Inc., et al., | NO. C 06-03285 JW |
| Plaintiffs, v. | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| Bill Russell Insurance Agency, et al., | |
| Defendants. | |

On its own motion, the Court continues the case management conference currently scheduled for November 27, 2006 to **December 18, 2006 at 10:00 a.m.**  The parties do not need to file an updated joint case management statement in advance of this new conference date.

Dated:  November 21, 2006

JAMES WARE
United States District Judge

1 **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2 Donald G. Featherstun dfeatherstun@sf.seyfarth.com
Jason C. Love jcl@amclaw.com
3 Krista L. Mitzel kmitzel@seyfarth.com
Mark E. Aronson mea@amclaw.com
4 P. Christian Scheley cscheley@clappmoroney.com
Ronald D. Echeguren recheguren@cernlaw.com
5 Steve W. Dollar nritz@eakdl.com

7 **Dated: November 21, 2006**       **Richard W. Wieking, Clerk**

**By: /s/ JW Chambers**
    **Elizabeth Garcia**
    **Courtroom Deputy**

**United States District Court**
For the Northern District of California