1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| U.S. Tour & Remittance Inc., et al., | NO. C 06-03285 JW |
| Plaintiffs, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| Bill Russell Insurance Agency, et al., | |
| Defendants. | |
| _____/ | |

On its own motion, the Court continues the case management conference currently scheduled for December 18, 2006 to **January 29, 2007 at 10:00 a.m.**  The parties do not need to file an updated joint case management statement in advance of this new conference date.

Dated:  December 14, 2006

*James Ware*

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Donald G. Featherstun dfeatherstun@sf.seyfarth.com
Jason C. Love jcl@amclaw.com
Krista L. Mitzel kmitzel@seyfarth.com
Mark E. Aronson mea@amclaw.com
P. Christian Scheley cscheley@clappmoroney.com
Ronald D. Echeguren recheguren@cernlaw.com
Steve W. Dollar nritz@eakdl.com

**Dated:  December 14, 2006**                    **Richard W. Wieking, Clerk**

                                                 **By:   /s/ JW Chambers             **
                                                      **Elizabeth Garcia**
                                                      **Courtroom Deputy**

**United States District Court**
For the Northern District of California