**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| U.S. Tours & Remittance Inc., et al., | NO. C 06-03285 JW |
| Plaintiffs, | **ORDER VACATING CASE MANAGEMENT CONFERENCE** |
| v. | |
| Bill Russell Insurance Agency, et al., | |
| Defendants. | |

The Court **VACATES** the case management conference currently set for January 29, 2007. The Court will set a new case management conference in its order regarding the pending motion to transfer this case to the Southern District of Texas.

Dated: January 25, 2007

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Donald G. Featherstun dfeatherstun@sf.seyfarth.com
Jason C. Love jcl@amclaw.com
Krista L. Mitzel kmitzel@seyfarth.com
Mark E. Aronson mea@amclaw.com
P. Christian Scheley cscheley@clappmoroney.com
Ronald D. Echeguren recheguren@cernlaw.com
Steve W. Dollar nritz@eakdl.com

Dated:  January 25, 2007                                    Richard W. Wieking, Clerk

                                                            By:   /s/ JW Chambers
                                                                  **Elizabeth Garcia**
                                                                  **Courtroom Deputy**

**United States District Court**
For the Northern District of California